UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANDRE M. ALEXANDER,

    Plaintiff,

v.                                                      Case No. 4:25-cv-13874
                                                      Hon. F. Kay Behm

UNKNOWN MCVEAN,

    Defendant.
_____/

## JUDGMENT

**IT IS ORDERED** that the complaint is **DISMISSED**.

APPROVED: December 19, 2025

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/Kourtney Collins
DEPUTY CLERK

Date: December 19, 2025

s/F. Kay Behm
F. Kay Behm
United States District Court